UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Steven L. Bromley</u>

    v.                                  No. 06-fp-181

<u>State of Utah, et al.</u>

### ORDER GRANTING REQUEST TO PROCEED IN FORMA PAUPERIS

Plaintiff's request to proceed <u>in</u> <u>forma</u> <u>pauperis</u> is hereby granted, but only for the purpose of waiving the filing fee.

This case has been assigned civil number 06-cv-181-JD.

**SO ORDERED.**

                                        /s/ James R. Muirhead
                                        James R. Muirhead
                                        United States Magistrate Judge

Date: May 15, 2006

cc:   Steven L. Bromley, *pro se*