UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Steven L. Bromley

    v.                            Civil No. 06-cv-181-JD

State of Utah, et al.

## REPORT AND RECOMMENDATION

    Petitioner has sued the State of Utah and several of its officers who have garnished his wages in New Hampshire purportedly for child support. Petitioner alleges that he was denied due process and that the garnishment order was obtained without jurisdiction over him and without any notice or opportunity to be heard, all in violation of 15 U.S.C. § 1673. He seeks a temporary restraining order.

    I recommend that the temporary restraining order be denied because at this point he has not shown irreparable injury and he has not certified in writing the efforts made to give notice of the injunctive request or any reasons why it should not be required. I further recommend that a prompt preliminary injunction hearing be set and that petitioner be ordered to serve his pleading, a copy of this report, and a copy of the scheduling order at least seven (7) days prior to the hearing.

If this recommendation is approved, the claims as identified in this report and recommendation, will be considered for all purposes to be the claims raised in the complaint. If the plaintiff disagrees with the identification of the claims herein, plaintiff must do so by filing an objection within ten (10) days of receipt of this report and recommendation, or by properly moving to amend the complaint.

Any objections to this report and recommendation must be filed within ten (10) days of receipt of this notice. Failure to file objections within the specified time waives the right to appeal the district court's order. See <u>Unauthorized Practice of Law Committee v. Gordon</u>, 979 F.2d 11, 13-14 (1st Cir. 1992); <u>United States v. Valencia-Copete</u>, 792 F.2d 4, 6 (1st Cir. 1986).

_____
James R. Muirhead
United States Magistrate Judge

Date: May 17, 2006

cc:   Steven L. Bromley, *pro se*