UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Steven L. Bromley</u>

        v.                                  Civil No. 06-cv-181-JD

<u>State of Utah, et al.</u>

O R D E R

In accordance with 28 U.S.C. § 636(b)(1)(B), Magistrate Judge James R. Muirhead, is designated to review the request for injunctive relief submitted by Plaintiff and, if necessary, conduct any hearing that may be set.

In accordance with subparagraph (C), the Magistrate Judge shall file his proposed findings and recommendations under subparagraph (B) with the Court, and a copy shall forthwith be mailed to all parties.

    SO ORDERED.


May 18, 2006                             <u>/s/ Joseph A. DiClerico, Jr.</u>
                                                      Joseph A. DiClerico, Jr.
                                                      United States District Judge

cc:     Steven L. Bromley, pro se