UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Steven L. Bromley</u>

            v.                       Civil No. 06-cv-181-JD

<u>State of Utah, et al.</u>

<u>O R D E R</u>

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated June 26, 2006, no objection having been filed.

SO ORDERED.

July 25, 2006                               <u>/s/ Joseph A. DiClerico, Jr.</u>
                                                     Joseph A. DiClerico, Jr.
                                                     United States District Judge

cc:    Steven Bromley, pro se